**United States District Court**
For the Northern District of California

1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9     CYN THOMPSON,

10              Plaintiff,                        No. C 14-03662 JSW

11        v.                                      **ORDER TO SHOW CAUSE RE**
                                                  **PLAINTIFF'S ADMINISTRATIVE**
12    DEPUY ORTHOPAEDICS, INC., et al.,           **MOTION TO SEAL**

13              Defendants.
                                            /
14

15        On August 29, 2014, Plaintiff filed an administrative motion to seal portions of its

16    motion to remand, as well as certain exhibits in support of that motion.  (Docket No. 10.)

17    Plaintiff attest that Defendants designated these materials confidential.

18          If the Submitting Party is seeking to file under seal a document designated
            as confidential by the opposing party or a non-party pursuant to a
19          protective order, or a document containing information so designated by an
            opposing party or a non-party, the Submitting Party's declaration in
20          support of the Administrative Motion to File Under Seal must identify the
            document or portions thereof which contain the designated confidential
21          material and identify the party that has designated the material as
            confidential ("the Designating Party"). The declaration must be served on
22          the Designating Party on the same day it is filed and a proof of such service
            must also be filed.
23
            **Within 4 days of the filing of the Administrative Motion to File Under**
24          **Seal, the Designating Party must file a declaration as required by**
            **subsection 79-5(d)(1)(A) establishing that all of the designated material**
25          **is sealable.**

26    N.D. Civ. L.R. 79-5(e)(1).

27        Defendants have not filed a declaration in the time period required by the Local Rules.

28    Before the Court denies Plaintiff's motion, the Court will provide the Defendants with one final

United States District Court

For the Northern District of California

1  opportunity to establish that the documents are sealable, and Defendants must do more than cite

2  to the fact that the documents have been designated as confidential pursuant to a protective

3  order.

4          Accordingly, Defendants are HEREBY ORDERED TO SHOW CAUSE by **September**

5  **12, 2014,** why the documents Plaintiff has lodged under seal should not be filed in the public

6  record.  If Defendants do not file a declaration by that date, the Court shall deny Plaintiff's

7  motion and shall order the documents to be electronically filed in the public record.

8          **IT IS SO ORDERED.**

9  Dated: September 5, 2014



10  _____
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2